IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BONNIE CLEAVER                                                                              PLAINTIFF

V.                                          4:05CV1698JMM

CATHOLIC HEALTH INITIATIVES;
ST. ANTHONY'S MEDICAL HEALTHCENTER;
and UNUM LIFE INSURANCE COMPANY OF AMERICA                 DEFENDANTS

## ORDER

Pending is the Plaintiff's Motion to Reopen the Case. For this reason, the Motion to Reopen the Case (Docket # 26) is GRANTED. Plaintiff is directed to file an amended complaint on or before February 23, 2007.

IT IS SO ORDERED this 5th day of February 2007.

*[signature]*
James M. Moody
United States District Judge