**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BONNIE CLEAVER**                                                                          **PLAINTIFF**

**VS.**                                            **NO. 4:05CV01698 JMM**

**CATHOLIC HEALTH INITIATIVES;
ST. ANTHONY'S MEDICAL HEALTHCARE
CENTER; AND UNUM LIFE INSURANCE
COMPANY OF AMERICA**                                                                **DEFENDANTS**

**ORDER**

Pending is Plaintiff's unopposed motion to vacate the Erisa scheduling order entered February 14, 2007. (Docket # 33) For good cause shown, the motion is granted. The court will issue a final scheduling order setting this matter for trial forthwith.

IT IS SO ORDERED this 23rd day of February, 2007.

_____
James M. Moody
United States District Judge