# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BONNIE CLEAVER**                                                     **PLAINTIFF**

**VS.**                         **NO. 4:05CV01698 JMM**

**CATHOLIC HEALTH INITIATIVES;**
**ST. ANTHONY'S MEDICAL HEALTHCARE**
**CENTER; AND UNUM LIFE INSURANCE**
**COMPANY OF AMERICA**                              **DEFENDANTS**

## ORDER

Pursuant to the Stipulation for dismissal with prejudice filed by the parties, docket # 58, Plaintiff's case is hereby dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

IT IS SO ORDERED this 11th day of January, 2008.

                                                     _____
                                                     James M. Moody
                                                     United States District Judge